UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Judge Kapala |
| | ) | 07 CR 5 00 67 |
| v. | ) | No._____ |
| | ) | Violation: Title 18, United |
| JOAN L. JARRETT | ) | States Code, Section 641 |

The UNITED STATES ATTORNEY charges:

Beginning as early as 1991 and continuing until October 2005, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

JOAN L. JARRETT,

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money of the United States, namely approximately $79,152 of Supplemental Security Income benefits, to which she was not entitled;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY

FILED

DEC 12 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 07 CR 50067

**UNITED STATES DISTRICT COURT**
for the
**NORTHERN DISTRICT OF ILLINOIS**
Western Division

UNITED STATES OF AMERICA

V

JOAN L. JARRETT

INFORMATION

Office of
**UNITED STATES ATTORNEY**
308 West State Street-Room 300
Rockford, Illinois 61101

815-987-4444