## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                            Case No.: 3:07−cr−50067

                                                         Honorable Frederick J. Kapala

Joan L Jarrett

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2007:

      MINUTE entry before Judge Frederick J. Kapala : Initial Appearance and plea set for 12/18/2007 at 09:00 AM. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.