UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 07 CR 50067 |
| | ) Judge Frederick J. Kapala |
| JOAN JARRETT | ) |

**NOTICE OF MOTION**

To:　Haneef Omar, Esq.
　　　Federal Defender Program
　　　202 W. State Street - Suite 600
　　　Rockford, IL 61101

PLEASE TAKE NOTICE that on April 4, 2008, at 2:30 p.m., I will appear before Judge Frederick J. Kapala, in Courtroom 220, in the United States Courthouse, 211 South Court Street, Rockford, Illinois, and present:

**United States' Motion for Leave to File**
***Instanter* its Response to Defendant's**
**Memorandum on Sentencing and Motions**
**for Downward Departure and Variance**

at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　BY:　*/s/ John G. McKenzie*
　　　　　　　　　　　　　　JOHN G. McKENZIE
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　308 West State Street - Rm. 300
　　　　　　　　　　　　　　Rockford, Illinois　61101
　　　　　　　　　　　　　　(815) 987-4444