# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50067 - 1 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. Joan Jarrett | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. USA's motion for leave to file instanter its response to defendant's memorandum on sentencing and motions for downward departure and variance is granted. Enter judgment in a criminal case. Transcript to stand as this court's findings of fact and conclusions of law.

*[signature]*

Docketing to mail notices.

01:00

F I L E D

APR 09 2008

FREDERICK J. KAPALA
U.S. DISTRICT COURT JUDGE

| | Courtroom Deputy Initials: | sw |
|---|---|---|