FILED
APR 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 22-08
07 CR 50067

Attention Please -

First of I am sorry for the red pen but this is all I have.

What I am about to say I am doing this with respect and I mean no disrespect to anyone -

I was convicted on April 7-2008 to 10 months in Prison. At the time I was receiving 44 per month for disability which was taken back for overpayment to me. So this will be shut off when I enter Prison -

I only live on $613.00 a month from my husbands death benefits this is the most he has ever given me -

So when I enter Prison this will shut off. I am not able to work I have Gran Mal Seizures plus Petite seizure activity on the
(over)

brain 24 hrs a day which I take 1000 to 1200 mgs a day - I have Congestive Heart Failure which I was to enter Rehab for it but the judge didn't think that was essential to the case - I have other health issues also, I can not work -

I get my food stamps right now, but when they don't last for the month I eat a piece of bread and drink some water - this is not a lie it is really ruff -

What got me in trouble I kept my apt. paid my rent (2) Bedroom my husband would come and go cause he was an alcoholic and a beater the lease was in both names so he couldn't throw me out, he had his room and I had mine -

I am 62 years old and I pray every day that the day I have will be my last -

When I get out of prison I will only have $613.00 death benefits to live on - and I hope that maybe I will find a cheap place to live. I have to give up my home, dispose of all of my stuff cause I can't afford to put it in storage. All my benefits stop so no one will get anything at least when I was out you got the $4.00 per month. I even asked for home confinement with my health issues and I worked with those people anything they wanted from paper requests to phone calls weekly, but you know I am a hardened criminal - The funny part of it I know one lady getting Social Security and another lady got her Social Security started stating she rented her home from a landlord in Florida

over

When I registry her husband and her owned their own home which she still lives in also doing illegal tapes of new movies for D.V.D's and then mails them thru the postal system.

But I am the bad criminal I admit I have a past history which every month I was taking 30.00 out of 613.00 rent $550.00 and what was left over my grandaughter lives with me and she help with the utilities now she has to move — she is 30 years old.

I know I did wrong I only used that to pay my rent and usually there wasn't much left over so my daughter would help me. My husband was an abuser alcoholic but most of all he was a mental abuser which is worse than the physical

I am sorry I am writing so much my parents never wanted me and I was told not to attend there funerals — my mom died Dec 05 — my dad April 06 and my husband June 06 —

Please understand if I could work or if I had home confinement my money probably would still come to me, but by putting me in prison that will shut everything off $4400 was better then nothing but the judge didn't see it that way —

I hope I have not offended anyone cause I would never meant to hurt anyones feelings nor would I want to make you think I disrespect you —

Thank You
Joan J. Jarrett
3029 15th St.
Rockford, Ill
61109

Phone 1-815-229-5846
Phone to now —

Payment must be received by the PAYMENT DUE BY date in order for your payment to be applied before the next billing cycle.

| Account Number | 2008A51258/001 |
|---|---|
| Name | Joan Jarrett |
| Court Number | 07 CR 50067-1 |
| Payment Due Date | Immediately |
| Total Amount Due | $79,252.00 |
| Amount Enclosed | I.O.U. |

Please mail payments to:
CLERK UNITED STATES DISTRICT COURT
211 SOUTH COURT STREET
ROCKFORD, IL 61101

Address Correction, please note below:

*Not trying to be smart — I have no money — and what I had the over*

the judge had it shut off so I guess I.O.U. is better than trying not to pay it back as my health conditions will not let me work

Thank you
Joan Jewell

2029 15th St.
Rockford Ill
61109

ROCKFORD IL 611
22 APR 2008 PM 2 ?

6110141272 C010